**J. R. FOSTER, Appellant, v. W. C. BUTLER et al., Appellees.**

**No. 11054.**

Court of Civil Appeals of Texas. San Antonio.

Nov. 26, 1941.

Rehearing Denied Dec. 23, 1941.

Lloyd & Lloyd, of Alice, for appellant.

Jones & Fly, and C. M. Gaines, all of San Antonio, and Perkins & Floyd, and Frank T. Morrill, all of Alice, for appellees.

PER CURIAM.

Affirmed without written opinion on authority of Associated Indemnity Corporation v. J. M. Gatling, Tex.Civ.App., 75 S.W. 2d 294.